# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: STEPHEN THOMAS YELVERTON, )<br>)<br>Debtor. )<br>_____)<br>)<br>STEPHEN THOMAS YELVERTON, )<br>)<br>Appellant, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>DEPARTMENT OF PUBLIC WORKS, )<br>Appellee. )<br>_____) | Case No. 15-cv-1025 (TSC)<br><br>Bankruptcy No. 9-bk-414<br><br>Adversary Proceeding No. 14-10046 |

## ORDER OF DISMISSAL

In the present action, Appellant/Debtor Stephen Thomas Yelverton appeals an order of the Bankruptcy Court dismissing his bankruptcy adversary proceeding: *Yelverton v. District of Columbia Department of Public Works*, Adv. Proceeding No. 14-10046. Despite being well acquainted with the requirement that he pay a filing fee to prosecute his appeal in this court, Mr. Yelverton has not paid the filing fee. Although he filed a motion in the Bankruptcy Court seeking to proceed with this appeal *in forma pauperis*, the appeal was processed before a ruling could be made and there is nothing in the record establishing that he paid the filing fee once the case was transferred to the instant court. (*See* Adv. Proceeding No. 14-10046 at ECF Nos. 21-22).

Not only has Mr. Yelverton failed to pay the filing fee, he also failed to obtain permission to prosecute the present action. There is a bar order in place that requires Mr. Yelverton to seek leave to file civil actions in the present court. United States District Court Judge Christopher R. Cooper entered that bar order in another case involving a Yelverton bankruptcy appeal and, therefore, Mr. Yelverton is well aware of the bar order's terms. *See In re* Yelverton, 13-cv-1544-CRC (ECF No.

19).  Indeed, Mr. Yelverton recently filed a motion in the bankruptcy appeal case, before Judge Cooper, seeking leave to initiate a lawsuit for civil conspiracy against a local attorney.  *See In re Yelverton*, 13-cv-1544-CRC (ECF No. 35).  Judge Cooper granted the motion, (*id*. at ECF No. 34), and the new lawsuit is currently pending.  *See Yelverton v. Smith*, 15-cv-552-TSC.  Rather than file a motion with Judge Cooper seeking permission to prosecute the instant appeal, Mr. Yelverton included such a motion (with the notation "To be referred to Judge Cooper") in the middle of his 150-page filing initiating the instant action.

Inasmuch as Mr. Yelverton has yet to obtain permission from Judge Cooper to pursue the current appeal,[1] and has yet to pay the appropriate filing fee, this action is hereby DISMISSED without prejudice.  Should Mr. Yelverton obtain permission from Judge Cooper to pursue the present appeal, Mr. Yelverton may file a motion (not exceeding two pages) to reopen this action.  The court will only consider such a motion if Mr. Yelverton satisfies his fee payment obligations.

THE CLERK OF THE COURT SHALL MAIL A COPY OF THIS ORDER TO:

**STEPHEN THOMAS YELVERTON**
3033 Wilson Boulevard
Suite E-117
Arlington, VA 22201


Date:  July 2, 2015


*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

---

[1] The court notes that Judge Cooper has stricken two of Mr. Yelverton's bankruptcy appeals because he failed to comply with the bar order.  *See In re Yelverton*, 15-cv-208-CRC at ECF No. 4; *In re Yelverton*, 15-cv-277-CRC at ECF No. 4.