UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re:  Stephen Thomas Yelverton )<br>　　　　Plaintiff/Appellant　　　　)<br>　　　　　　　　　　　　　　　　)　Case No. 15-cv-01025-TSC<br>　　　v.　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>District of Columbia　　　　　　)<br>　　　　Defendant/Appellee　　　　) | |

## MOTION FOR LEAVE TO ALTER OR AMEND ORDER PER FRCP, RULE 59 (e)

COMES NOW, Plaintiff Stephen Thomas Yelverton, Pro Se, pursuant to FRCP Rule 59 (e), and timely submits this Motion to Alter or Amend the <u>Order of Dismissal</u>, entered July 2, 2015. <u>Firestone v. Firestone</u>, 76 F.3d 1205, 1208-1209 (D.C. Cir. 1996).

1. The Clerk of the Bankruptcy Court acted contrary to FRBP, Rule 8010 (b)(5), and the 2014 Advisory Committee Notes, paragraph 3, by <u>prematurely</u> transmitting the Record on Appeal to the District Court, for the Appeal to be acted upon by the District Court, <u>prior</u> to Leave to Appeal being granted and the Record on Appeal being complete.

2. This is "clear error" of law by the Clerk of the Bankruptcy Court. It requires that the <u>Order</u> be altered or amended to show the Plaintiff properly acted in accordance with FRBP, Rule 8004 (a)(1) and (2), and further to direct that the Appeal be held in pending status until Leave to Appeal is acted upon and the Record on Appeal is complete.

3. The provisions of FRBP, Rule 8004 (a)(1) and (2), require that the Plaintiff timely file a Notice of Appeal with the Clerk of the Bankruptcy Court, which was done on June 24, 2015, and be accompanied by a Motion for Leave to Appeal. The Plaintiff filed a separate Motion for Leave to Appeal that was directed to Judge Cooper, which is Bankruptcy Docket No. 20, entered June 24, 2015. However, the Clerk of the Bankruptcy Court failed to submit this Motion for Leave to Appeal to Judge Cooper.

**RECEIVED**

JUL - 6 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

4. Thus, it is requested that the Clerk of the District Court be directed to submit to Judge Cooper the Motion for Leave to Appeal, which is Bankruptcy Docket No. 20, that has been transmitted to the Clerk. It is further requested that the Clerk be directed to submit to the Bankruptcy Judge the Motion for Leave to Proceed IFP, which is Bankruptcy Docket No. 21, entered June 24, 2015, that has been transmitted to the Clerk.

5. Under 28 U.S.C. 1915 (a), and FRBP, Rule 8010 (b)(5), the filing fee is <u>not</u> due to be paid until the Motion for Leave to Appeal and the Motion for Leave to Proceed IFP are acted upon, and could <u>not</u> be acted upon if the Appeal is Dismissed. Nor could the filing fee be accepted by the Clerk for payment until <u>after</u> the Appeal is re-instated.

WHEREFORE, in view of the foregoing, it is requested that the <u>Order of Dismissal</u> be Altered or Amended, per FRCP, Rule 59 (e), as shown above, and this Appeal be held in pending status until the Motions for Leave are acted upon and the Record on Appeal is complete, as required by FRBP, Rule 8010 (b)(5), and the Advisory Committee Notes.

This the 6th day of July, 2015,

Respectfully submitted,

Stephen Thomas Yelverton, Pro Se,
3033 Wilson Blvd., # E-117
Arlington, VA 22201
Tel. 202-702-6708 (mobile)  Fax 202-403-3801 (mobile)  Email: styelv@aol.com

<u>CERTIFICATE OF SERVICE</u>

I, Stephen Thomas Yelverton, Pro Se, certify that on the 6th day of July, 2015, I have caused to be served the following by U.S. Mail, first class, or by e-mail:

Nancy L. Alper, Esq.
Office of Attorney General
441 Fourth St., N.W., Suite 6, North 93
Washington, DC 20005

Stephen Thomas Yelverton, Pro Se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re: Stephen Thomas Yelverton | ) | |
| | ) | Case No. 1:15-cv-01025-TSC |
| Plaintiff/Appellant | ) | |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| District of Columbia | ) | |
| | ) | |
| Defendant/Appellee | ) | |

ORDER

UPON CONSIDERATION of the Motion for Leave to Alter or Amend Order, filed July 6, 2015, by the Plaintiff, IT IS ORDERED that in accordance with FRBP, Rule 8010 (b)(5), the Motion is GRANTED, and that the Appeal is to be held in pending status until the Motion for Leave to Appeal and the Motion for Leave to Proceed In Forma Pauperis are acted upon. Those Motions are to be directed by the Clerk to the appropriate Judges for their consideration.

This the _____ day of July, 2015,

_____
Tanya S. Chutkan, United States District Judge

Copies to:

Stephen Thomas Yelverton, Pro Se,
3033 Wilson Blvd., # E-117
Arlington, VA 22201

Nancy L. Alper, Esq.
Office of Attorney General
441 Fourth St., N.W., Suite 6, North 93
Washington, DC 20001